IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOYCE MITCHELL, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 3:20-CV-1788-M-BH |
| | ) | |
| JOHN DOE, | ) | |
|     Defendant. | ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the plaintiff's *Motion*, filed November 2, 2020 (doc. 12), is **DENIED**. By separate judgment, this action will be **DISMISSED with prejudice** under 28 U.S.C. § 1915(e)(2)(B) as frivolous.

**SIGNED this 7th day of June, 2021.**

BARBARA M. G. LYNN
CHIEF JUDGE