IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOYCE MITCHELL, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:20-CV-1788-M-BH |
| | ) | |
| JOHN DOE, | ) | |
|     Defendant. | ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the correspondence filed on May 18, 2023 (doc. 23), is liberally construed as a motion to reopen this case and it is **DENIED**.

**SIGNED this 22nd day of June, 2023.**

*[signature]*
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE